Ian FRAZER and Jian
Zhou, Appellants,

v.

C. Richard SCHLEGEL and A. Bennett
Jenson, Cross-Appellants.

No. 06–1155.

United States Court of Appeals,
Federal Circuit.

April 11, 2006.

## ORDER

The parties having so agreed, it is

ORDERED that the proceeding is DIS-MISSED under Fed. R.App. P. 42(b).

**INFINEON TECHNOLOGIES NORTH AMERICA CORPORATION, Plaintiff/Counterclaim Defendant-Appellee,**

and

Infineon Technologies AG, Infineon Technologies Holding North America Corporation, and Infineon Technologies Richmond LP, Counterclaim Defendants-Appellees,

v.

**MOSAID TECHNOLOGIES INCORPORATED,**
Defendant/Counterclaimant-Appellant.

Infineon Technologies North America Corporation, Plaintiff/Counterclaim Defendant-Appellant,

and

Infineon Technologies AG, Infineon Technologies Holding North America Corporation, and Infineon Technologies Richmond LP, Counterclaim Defendants-Appellants,

v.

**Mosaid Technologies Incorporated,**
Defendant/Counterclaimant-Appellee.

Nos. 2006–1115, 2006–1124.

United States Court of Appeals,
Federal Circuit.

April 11, 2006.

## ON MOTION

### *ORDER*

Upon consideration of Infineon Technologies North America Corporation et al.'s unopposed motion to voluntarily dismiss its appeal, 2006–1124, from United States District Court for the Northern District of California case no. 5:02–CV–05772,

IT IS ORDERED THAT:

(1) The motion is granted. The revised official captions are reflected above.

(2) All sides shall bear their own costs in 2006–1124.